

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-22-00322-CR

Jonathan David **FLOYD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 619928
Honorable Timothy Johnson, Judge Presiding

## O R D E R

The Appellant's Motion to Extend Time to file Appellant's Brief is hereby GRANTED. The Appellant's brief is due October 19, 2022. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court